ANN M. ALEXANDER, ESQ. (SBN 7256)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
Reno, Nevada 89509
Telephone: (775) 786-3930
Facsimile: (775) 786-4160
Email: aalexander@etsreno.com
*Attorneys for Defendants Carson City School District, Richard Stokes, Tasha Fuson, Marc Rodina, Sheila Story and Mikayla Story*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PARIS REGAN, MARK REGAN, and PAMELA REGAN, <br><br> Plaintiffs, <br><br> vs. <br><br> CARSON CITY SCHOOL DISTRICT, a Political Subdivision of the State of Nevada; RICHARD STOKES, TASHA FUSON, MARK RODINA, SHEILA STORY, MIKAYLA STORY, SHARI STOCK, MADISON STOCK, R.S., KIMBERLY SEIFERT, AMBER SEIFERT, K.C., HALLE CARL, DONNA CARL, and DOES 1-50, and DOE ENTITIES 1-50, <br><br> Defendants. <br> _____ / | CASE NO: 3:16-CV-00508-MMD-VPC |

## STIPULATION AND ORDER TO EXTEND DEADLINES SET FORTH IN STIPULATED PROTOCOL FOR DISCOVERY OF ELECTRONICALLY STORED INFORMATION

The undersigned parties, by and through their counsel of record, have conferred regarding the deadlines established for various procedures to be used in the preservation and disclosure of Electronically Stored Information (ESI), as set forth in the ORDER entered by this Court on December 19, 2016 (see DOC. #38, referred to herein as the "ESI Order").

During the Case Management Conference on November 2, 2016, the Court directed counsel to meet and confer and develop an ESI protocol to be used in the case, and to file such protocol no

1  later than December 19, 2016 (see DOC. #30). The parties met and conferred and began the
2  development of the protocol, which established various timelines for enumerated procedures.
3        A second Case Management Conference was held on December 2, 2016 (see DOC. #33).
4  The Court found that discovery between plaintiffs and the Carson City School Districts would
5  proceed, but discovery between the plaintiffs and all other defendants would be stayed. The Court
6  also encouraged counsel for plaintiffs and the Carson City School District defendants to meet and
7  confer to determine what discovery shall be completed prior to the settlement conference.
8  Accordingly, counsel have conferred regarding various discovery matters and there are no disputes
9  pending.
10       As this Court has advised the parties, the preservation, analysis, and disclosure of ESI is an
11 exceedingly costly endeavor, including, in this case, an agreement among parties to engage the
12 services of Qualified Forensic Experts to assist in the process. The significant expenditure of costs
13 to comply with the ESI Order in advance of the settlement conference is not conducive to settlement
14 of the case. Because discovery between the plaintiffs and several defendants has been stayed, and
15 because discovery between the plaintiffs and the Carson City School District is limited to that
16 deemed "necessary" to participate meaningfully with the settlement conference scheduled on January
17 31, 2017, the parties seek the Court's approval to stay the deadlines for various procedures set forth
18 in the ESI Order (see Section II, items 2, 3, 4, 6, and 8). The parties agree that if the case does not
19 settle at the settlement conference, new deadlines for compliance with the procedures set forth in the
20 ESI Order will be established.
21       Therefore, the parties seek an ORDER staying the deadlines set forth in the ESI Order, with
22 such deadlines to be reestablished if the case does not settle on January 31, 2017.
23       **DATED:**     December 29, 2016.
24 Agreed to by:

25 /s/ Day R. Williams                          /s/ Natalia Karolina Vander Laan
   Day R. Williams                              Natalia Karolina Vander Laan
26 Day R. Williams, Attorney at Law             Vander Laan Law Firm LLC
   1601 Fairview Dr. #C                         1644 US HWY 395, SUITE D
27 Carson City, NV 89701-5860                   Minden, NV 89423
   *Attorneys for Plaintiffs*                   *Attorneys for Plaintiffs*
28 ///

| | |
|---|---|
| /s/ Ann M. Alexander<br>Ann M Alexander<br>Erickson, Thorpe & Swainston<br>99 West Arroyo Street<br>Reno, NV 89509<br>*Attorneys for Defendants Carson City School District, Richard Stokes, Tasha Fuson, Marc Rodina, Sheila Story and Mikayla Story* | /s/ Alice Kung Herbolsheimer<br>Alice Kung Herbolsheimer<br>Georgeson Angaran, Chtd.<br>5450 Longley Lane<br>Reno, NV 89511<br>*Attorneys for Defendants Sheila Story and Mikayla Story* |
| /s/ Christian L. Moore<br>Christian L. Moore<br>Lemons, Grundy & Eisenberg<br>6005 Plumas Street<br>Suite 300<br>Reno, NV 89519<br>*Attorneys for Defendants Shari Stock, Madison Stock, and R.S.* | /s/ Brent H. Harsh<br>Brent H. Harsh<br>David L. Riddle & Associates<br>200 S Virginia St Fl 8<br>Reno, NV 89501<br>*Attorneys for Defendants Kimberly Seifert and Amber Seifert* |
| /s/ Raymond R. Gates<br>Raymond R. Gates<br>Lauria Tokunaga Gates & Linn, LLP<br>1755 Creekside Oaks Drive, Suite 101<br>Sacramento, CA 95833<br>*Attorneys for Defendant K.C.* | /s/ Thomas E. Viloria<br>Thomas E Viloria<br>Fahrendorf, Viloria, Oliphant & Oster L.L.P.<br>P.O. Box 3677<br>Reno, NV 89505<br>*Attorneys for Defendants Donna Carl and Halle Carl* |

**ORDER**

IT IS SO ORDERED.

DATED this 3rd day of January, 2017.

By: /s/ Valerie P. Cooke
VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE