# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| PARIS REGAN, et al., | ) | 3:16-CV-0508-MMD (VPC) |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 1, 2017 |
| | ) | |
| CARSON CITY SCHOOL | ) | |
| DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendant K.C., a minor, moved the court for determination of good faith settlement between K.C. and plaintiffs (ECF No. 41). No response or opposition to the motion was filed. Therefore,

**IT IS ORDERED** that the motion for determination of good faith settlement (ECF No. 41) is **GRANTED**.

**IT IS FURTHER ORDERED** that the settlement reached between K.C. and plaintiffs is reasonable and in good faith in light of the facts, allegations and defenses involved in the action. The settlement terms were reached after careful consideration and mutual agreement between the settling parties. There has been no collusion, fraud, or tortuous conduct between the settling parties, and the amount to be paid by K.C. is consistent with a reasonable evaluation of a potential judgment against K.C. in this matter. Plaintiffs and K.C. have given full and due consideration to the financial conditions of the settling parties, the discovery conducted in this case, the possible results of trial in this matter, and litigation costs and expenses that would be incurred absent this agreement and other financial benefits from settlement. All parties were accorded a fair and full opportunity to review and evaluate the nature of the allegations. After evaluation of all aspects of the claims, K.C. and plaintiffs agreed to settle their claims in consideration of a $1,000 payment to be paid by K.C.

**IT IS FURTHER ORDERED** that the settlement terms shall be considered a good faith settlement pursuant to N.R.S. § 17.245, thereby precluding any pending or future claims for implied indemnity, equitable indemnity or contribution against K.C.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:_____/s/_____
　　　　　Deputy Clerk