BRENT H. HARSH, ESQ.
State Bar No. 008814
**LAW OFFICES OF KARL H. SMITH - RENO**
50 W. Liberty Street, Suite 303
Reno, NV 89501
Phone: (775) 329-2116
brent.harsh@farmersinsurance.com
Attorney for Defendants,
KIMBERLY SEIFERT AND AMBER SEIFERT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PARIS REGAN, MARK REGAN, and PAMELA REGAN,

Plaintiffs,

vs.

CARSON CITY SCHOOL DISTRICT, a Political Subdivision of the State of Nevada; RICHARD STOKES, TASHA FUSON, MARK RODINA, SHEILA STORY, MIKAYLA STORY, SHARI STOCK, MADISON STOCK, R.S., KIMBERLY SEIFERT, AMBER SEIFERT, K.C., HALLE CARL, DONNA CARL, and DOES 1-50, and DOE ENTITIES 1-50,

Defendants.

Case No.: 13:16-CV-00508 MMD VPC

**STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE, AND DETERMINATION OF GOOD FAITH SETTLEMENT**

**IT IS HEREBY STIPULATED AND AGREED**, by and between all Parties, by and through their undersigned counsel of record, that the above entitled matter shall be dismissed, with prejudice, in its entirety, with each party to bear their own costs and fees incurred herein.

**IT IS FURTHER HEREBY STIPULATED AND AGREED**, by and between all Parties, by and through their undersigned counsel of record, that each and every settlement by the Parties is a fair and reasonable amount pursuant to NRS 17.245, and in so doing, the Parties agree that 1) the settlement amount as to each party is appropriate and approved; 2) that the allocation among the Parties is fair and reasonable; 3) that the applicable factors outlined in *The Doctors Co. v. Vincent*, 120 Nev. 644, 98 P.3d

681 (2004) have been satisfied; and 4) that there is no collusion, fraud, or tortious conduct aimed to injure the interests of any possible parties. The parties further agree that any additional claims or cross claims against any party to this action pertaining to the matters set forth in Plaintiffs' Complaint are barred.

**RESPECTFULLY SUBMITTED** this 9th day of February, 2017.

/s/ Day R. Williams
Day R. Williams
Day R. Williams, Attorney at Law
1601 Fairview Dr. #C
Carson City, NV 89701-5860
*Attorneys for Plaintiffs*

/s/ Natalia Karolina Vander Laan
Natalia Karolina Vander Laan
Vander Laan Law Firm LLC
1644 US HWY 395, SUITE D
Minden, NV 89423
*Attorneys for Plaintiffs*

/s/ Ann M. Alexander
Ann M Alexander
Erickson, Thorpe & Swainston
99 West Arroyo Street
Reno, NV 89509
*Attorneys for Defendants Carson City School District, Richard Stokes, Tasha Fuson, Marc Rodina, Sheila Story and Mikayla Story*

/s/ Alice Kung Herbolsheimer
Alice Kung Herbolsheimer
Georgeson Angaran, Chtd.
5450 Longley Lane
Reno, NV 89511
*Attorneys for Defendants Sheila Story and Mikayla Story*

/s/ Christian L. Moore
Christian L. Moore
Lemons, Grundy & Eisenberg
6005 Plumas Street
Suite 300
Reno, NV 89519
*Attorneys for Defendants Shari Stock, Madison Stock, and R.S.*

/s/ Brent H. Harsh
Brent H. Harsh
David L. Riddle & Associates
200 S Virginia St Fl 8
Reno, NV 89501
*Attorneys for Defendants Kimberly Seifert and Amber Seifert*

/s/ Raymond R. Gates
Raymond R. Gates
Lauria Tokunaga Gates & Linn, LLP
1755 Creekside Oaks Drive, Suite 101
Sacramento, CA 95833
*Attorneys for Defendant K.C.*

/s/ Thomas E. Viloria
Thomas E Viloria
Fahrendorf, Viloria, Oliphant & Oster L.L.P.
P.O. Box 3677
Reno, NV 89505
*Attorneys for Defendants Donna Carl and Halle Carl*

**CERTIFICATE OF ELECTRONIC SERVICE; FRCP 5 (b)**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of Lemons, Grundy & Eisenberg, and that on February 9, 2017, I electronically filed the foregoing **STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE, AND DETERMINATION OF GOOD FAITH SETTLEMENT**, through the CM/ECF program, and the court will send notice to the following through the CM/ECF program:

Day R. Williams, Esq.
1601 Fairview Drive, Suite C
Carson City, NV 89701
(775) 885-8398
(775) 885-2134
day_williams@sbcglobal.net

*Attorneys for Plaintiffs*

Natalia Vander Laan, Esq.
**VANDER LAAN LAW FIRM, LLC**
1644 U.S. Highway 395, Suite D
Minden, NV 89423
Telephone: (775) 461-2897
Fax:
natalia@vanderlaanlaw.com

*Attorneys for Plaintiffs*

Brent H. Harsh, Esq.
**LAW OFFICES OF KARL H. SMITH**
50 West Liberty Street, Suite 303
Reno, NV 89501
Telephone: (775) 329-2116
Fax: (775) 329-2121
Brent.harsh@farmersinsurance.com

*Attorneys for Kimberly Seifert and Amber Seifert*

Ann M. Alexander, Esq.
**ERICKSON THORPE & SWAINSTON, LTD.**
99 West Arroyo Street
Reno, NV 89509
Telephone: (775) 786-3930
Fax: (775) 786-4160
aalexander@etsreno.com

*Attorneys for Carson City School District, Richard Stokes, Tasha Fuson, Mark Rodina, Sheila Story and Mikayla Story*

Thomas E. Viloria, Esq.
Patrick R. Millsap, Esq.
**FAHERENDORF, VILORIA, OLIPHANT & OSTER, LLP**
327 California Avenue
P.O. Box 62
Reno, NV 89504
Telephone: (775) 284-8888
Fax: (775) 284-3838
tviloria@renonvlaw.com
pmillsap@renonvlaw.com

*Attorneys for Donna and Halle Carl*

Raymond R. Gates, Esq.
**LAURIA TOKUNAGA GATES & LINN, LLP**
1755 Creekside Oaks Drive, Suite 240
Sacramento, CA 95833
Telephone: (916) 492-2000
Fax: (916) 492-2500
Rgates@ltglaw.net

*Attorneys for K.C.*

LEMONS, GRUNDY & EISENBERG
**Attorneys at Law**
6005 Plumas Street
Third Floor
Reno, NV 89519
(775) 786-6868

Alice Kung Herbolsheimer, Esq.
**GEORGESON ANGARAN, CHTD.**
5450 Longley Lane
Reno, NV 89511
Telephone: 827-6440
Fax: 827-9256
alice@renotahoelaw.com

*Attorneys for Sheila Story and Mikayla Story*

Loren S. Young, Esq.
**LINCOLN, GUSTAFSON & CERCOS, LLP**
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (702) 257-1997
Fax: (702) 257-2203
lyoung@lgclawoffice.com

*Attorneys for Donna and Halle Carl*

Rosie Marquez, Assistant to
Christian L. Moore, Esq.

LEMONS, GRUNDY
& EISENBERG
**Attorneys at Law**
6005 Plumas Street
Third Floor
Reno, NV 89519
(775) 786-6868

**ORDER OF DISMISSAL WITH PREJUDICE, AND DETERMINATION OF GOOD FAITH SETTLEMENT**

The parties hereto having stipulated to the dismissal of the above captioned matter with prejudice, with each party paying their own costs and fees, and each settlement by every party is in good good-faith pursuant to NRS 17.245, and good cause appearing therefore,

IT IS HEREBY ORDERED that this matter be, and it hereby is, dismissed with prejudice, and each and every settlement is in good faith pursuant to NRS 17.245 and the applicable factors outlined in *The Doctors Co. v. Vincent*, 120 Nev. 644, 98 P.3d 681 (2004), and each party shall pay their own legal costs and fees in this matter. Any additional claims or cross claims against any party to this action pertaining to the matters set forth in Plaintiffs' Complaint are barred.

**DATED** this 10th day of February, 2017.

MIRANDA M. DU
DISTRICT COURT JUDGE